UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-59-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PABLO BALTAZAR, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Reset Date of Arraignment and Trial [DE-22], which is currently scheduled for the December 3, 2012 term of court. Defendant requests that the Court move the date of arraignment and trial forward to the November 5, 2012 term of court. The court does not find the reason proffered by Defendant to constitute good cause. Accordingly, Defendant's Motion to Reset the Date of Arraignment and Trial [DE-22] is DENIED.

SO ORDERED.

This, the 24 day of October, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge